IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

| | |
|---|---|
| ARIELLE JORDAN, *et al* <br><br> *On Behalf of Themselves and* <br> *All Others Similarly Situated* <br><br> Plaintiffs, <br><br> v. <br><br> ENTERTAINMENT OF THE EASTERN <br> PANHANDLE d/b/a LEGZ CLUBS, *et al.* <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> Case No.: 3:11-cv-0019 <br> * <br> * <br> * <br> * <br> * |

## STIPULATION TO DISMISS CLAIMS BY AND AGAINST PLAINTIFF ARIELLE JORDAN, WITH PREJUDICE

1. Plaintiff Arielle Jordan hereby stipulates that she dismisses all claims alleged in this action against Defendants, with prejudice.

2. Similarly, Defendants have stipulated that Defendants dismiss all counterclaims alleged against Plaintiff Arielle Jordan in this action, with prejudice.

3. This stipulation does not affect the claims of Plaintiff Patrice Ruffin (or those other similarly situated) to continue this litigation against Defendants.

4. This stipulation does not affect the counterclaims of Defendants against Plaintiff Patrice Ruffin (or other similarly situated individuals or class members that opt in or otherwise are joined or added to this case).

July 1, 2011                                       Respectfully submitted,

_____/s/_____
Garry G. Geffert (WV Bar # 1364)
114 S. Maple Avenue
P.O. Box 2281
Martinsburg, West Virginia 25402
(304) 262-4436

_____/s/_____
Gregg C. Greenberg, MD. Fed. Bar No. 17291
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
Phone: 301-587-9373
Fax: 301-587-9397
Email:  ggreenberg@zipinlaw.com

*Counsel for Plaintiff / Counterclaim Defendant*